David Henretty, OSB 03187
dhenretty@oregonlawcenter.org
OREGON LAW CENTER
522 SW Fifth Avenue, Suite 812
Portland, OR 97204
Tel: (503) 473-8684
Fax: (503) 295-0676

    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARIA MIRANDA- OLIVARES**, | Civil No. 3:12-cv-02317-ST |
| Plaintiff, | |
| vs. | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF |
| **CLACKAMAS COUNTY**, | |
| Defendant. | |

Pursuant to LR 83-11, David Henretty, Spencer Neal, and the Oregon Law Center respectfully move the Court for leave to withdraw as counsel for plaintiff Maria Miranda-Olivares.

In support of their motion, counsel offer the declaration of David Henretty.

DATED this 21st day of May, 2014.

                                          OREGON LAW CENTER

                                          s/ David Henretty
                                        David Henretty, OSB 03187
                                        (503) 473-8684
                                        Of Attorneys for Plaintiff