David Henretty, OSB 03187
dhenretty@oregonlawcenter.org
OREGON LAW CENTER
522 SW Fifth Avenue, Suite 812
Portland, OR 97204
Tel:  (503) 473-8684
Fax:  (503) 295-0676

       Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARIA MIRANDA- OLIVARES**, | **Civil No. 3:12-cv-02317-ST** |
| Plaintiff, | |
| vs. | DECLARATION OF DAVID HENRETTY IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF |
| **CLACKAMAS COUNTY**, | |
| Defendant. | |

I, David Henretty, declare as follows:

1.  I am one of the attorneys of record for plaintiff in this action.  I make this declaration in support of the motion for leave to withdraw as her counsel, filed this date.

2.  Currently David Henretty, Spencer Neal, and the Oregon Law Center are the attorneys of record for plaintiff.

3.  Plaintiff has discharged David Henretty, Spencer Neal, and the Oregon Law Center from further representation of her in this action.

Page 1  - DECLARATION OF DAVID HENRETTY IN SUPPORT OF MOTION TO WITHDRAW

4.  I do not know whether plaintiff will obtain alternate counsel in this action.

5.  The last known address and telephone number for plaintiff is:  1886 11th Place,

    Springfield, OR 97477, 971-388-3351.

6.  I have notified plaintiff orally and by letter that her trial is set for October 15, 2014, and

    provided to her the current pretrial deadlines (docket # 44) and the Jury Trial

    Management Order (docket #45).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of May, 2014.

OREGON LAW CENTER

  s/ David Henretty
David Henretty, OSB 03187
(503) 473-8684
Of Attorneys for Plaintiff